IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL, INC., INTERDIGITAL VC HOLDINGS, INC., AND INTERDIGITAL MADISON PATENT HOLDINGS, SAS, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 25-1365 (GBW) ) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING AMAZON'S UNOPPOSED MOTION TO STAY PENDING DETERMINATION BY THE INTERNATIONAL TRADE COMMISSION**

The Court, having considered Amazon's Unopposed Motion to Stay Pending Determination by the International Trade Commission,

IT IS HEREBY ORDERED this 11th day of February, 2026, that:

1. Amazon's Motion is GRANTED.

2. This case is stayed until further order of the Court.

3. The parties shall file a joint status report advising the Court of the final decision in the ITC investigation no later than thirty (30) days after the investigation becomes final under 28 U.S.C. § 1659 setting forth their respective views as to whether and how this case should proceed.

_____
UNITED STATES DISTRICT JUDGE