IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERDIGITAL, INC., INTERDIGITAL VC )
HOLDINGS, INC., AND INTERDIGITAL )
MADISON PATENT HOLDINGS, SAS, )
)
        Plaintiffs, )
)   C.A. No. 25-1365 (GBW)
     v. )
)
AMAZON.COM SERVICES LLC, )
)
        Defendant. )

## JOINT MOTION TO STAY ALL DEADLINES

Plaintiffs InterDigital, Inc., Interdigital VC Holdings, Inc., and Interdigital Madison Patent

Holdings, SAS (collectively, "InterDigital") and Defendant Amazon.com Services LLC

("Amazon"), by their respective counsel, respectfully move this Court to stay this action. Pursuant

to D. Del. LR 7.1.1, Delaware counsel for the parties conferred about this motion on July 7, 2026,

and have agreed to file it jointly.

On July 6, 2026, the parties entered into an arbitration agreement which requires the

parties to jointly move to stay the above-captioned proceeding. The Court previously stayed this

action pending a determination by the International Trade Commission ("ITC"). Dkt. 16.

Pursuant to the arbitration agreement, the parties are in the process of dismissing the ITC

investigation. The arbitration between the parties will finalize the terms of a video patent license

between the parties, which is likely to moot this lawsuit. Thus, the Parties respectfully submit

that a stay will conserve party and judicial resources until such time as the arbitration is

concluded.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Stay

and Proposed Order filed herewith.

-2-

FARNAN LLP

/s/ *Michael J. Farnan*
_____
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Richard A. Kamprath
Casey L. Shomaker
Gabriel DeJong
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1200
Dallas, TX 75201
(214) 978-4000

Joshua Budwin
George Fishback
MCKOOL SMITH, P.C.
303 Colorado Street Suite 2100
Austin, TX 78701
(512) 692-8700

Kevin Burgess
104 East Houston Street, Suite 300
Marshall, TX 75670
(903) 923-9002

Kaylee E. Hoffner
MCKOOL SMITH, P.C.
600 Travis Street, Suite 7000
Houston, Texas 77002
(713) 485-7300

July 8, 2026

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Defendant Amazon.com, Inc.*

OF COUNSEL:

Martin Bader
SHEPPARD MULLIN
12275 El Camino Real
Suite 100
San Diego, CA 92130

Robert Green
SHEPPARD MULLIN
845 Texas Avenue
25th Floor
Houston, TX 77002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERDIGITAL, INC., INTERDIGITAL VC   )
HOLDINGS, INC., AND INTERDIGITAL      )
MADISON PATENT HOLDINGS, SAS,         )
                                      )
           Plaintiffs,                )
                                      )   C.A. No. 25-1365 (GBW)
     v.                               )
                                      )
AMAZON.COM SERVICES LLC,              )
                                      )
           Defendant.                 )

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY

The Court, having considered the parties' Joint Motion to Stay,

IT IS HEREBY ORDERED THIS _____ day of _____, 2026, that:

1.    The Motion is GRANTED.

2.    This case is stayed pending conclusion of the arbitration between the parties.

3.    The parties are ordered to submit a joint status report within 30 days of the conclusion of the arbitration.

_____
UNITED STATES DISTRICT JUDGE