IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL, INC., INTERDIGITAL VC HOLDINGS, INC., AND INTERDIGITAL MADISON PATENT HOLDINGS, SAS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 25-1365 (GBW) ) |
| AMAZON.COM SERVICES LLC, | ) ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY**

The Court, having considered the parties' Joint Motion to Stay,

IT IS HEREBY ORDERED THIS ___9th___ day of ___July___, 2026, that:

1.    The Motion is GRANTED.

2.    This case is stayed pending conclusion of the arbitration between the parties.

3.    The parties are ordered to submit a joint status report within 30 days of the conclusion of the arbitration.

_____
UNITED STATES DISTRICT JUDGE